POPESCU, IOSEPOVICI & ASSOCIATES
ROBERT S. POPESCU, ESQ
Attorneys for Plaintiff
225 Broadway, Suite 1901
New York, New York 10007
Tel. (212)766-9696
E-mail:rsp.esq@pialawfirm.com

SO ORDERED: *Peter G. Sheridan*
DATED: 12/2/08

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------X
ABDERRAHIM KARIM          :
       A#77-036-182       :     Hon. PETER G. SHERIDAN
                          :     Civil Action No. 08-3967(PGS)
                          :
                          :
       Plaintiff,         :
                          :
   v.                     :     VOLUNTARY OF NOTICE OF DISMISSAL
                          :
Department of Homeland    :
Security, et al.,         :
                          :
       Defendant(s)       :
                          :
-------------------------------X

Plaintiff **Abderrahim Karim**, represented in the above-captioned action by Robert S. Popescu, Esq., hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

Attorney for Plaintiff

Robert Popescu/s
ROBERT S. POPESCU, ESQ.
Attorneys for Plaintiff
225 Broadway, Suite 1901
New York, New York 10007

Tel. (212)766-9696

Dated: December 2, 2008